

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-14-2003

# DeAsencio v. Tyson Foods Inc

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-3719

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"DeAsencio v. Tyson Foods Inc" (2003). *2003 Decisions*. Paper 108.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/108

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed November 14, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-3719

MELANIA FELIX DE ASENCIO;
MANUEL A. GUTIERREZ; ASELA RUIZ;
EUSEBIA RUIZ; LUIS A. VIGO; LUZ CORDOVA;
HECTOR PANTAJOS, ON BEHALF OF THEMSELVES
AND ALL OTHER SIMILARLY SITUATED INDIVIDUALS

v.

TYSON FOODS, INC.,
                                    Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
D.C. Civil Action No. 00-cv-04294
(Honorable Robert F. Kelly)

Argued: April 24, 2003

Before: SCIRICA, *Chief Judge*,* AMBRO and GARTH,
*Circuit Judges*

**ORDER AMENDING SLIP OPINION**

IT IS HEREBY ORDERED that the slip opinion in the
above case, filed September 8, 2003, be amended as
follows:

* Judge Scirica began his term as Chief Judge on May 4, 2003.

Page 17, footnote 17, line 1, which read:

"In discussing amendments to 28 U.S.C. § 1367, the Federal Courts"

shall read:

"In discussing amendments to federal law, the Federal Courts"

BY THE COURT,

_/s/ Anthony J. Scirica_

*Chief Judge*

DATED: November 14, 2003

A True Copy:
 Teste:

*Clerk of the United States Court of Appeals
for the Third Circuit*